# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| O'BRIEN | : | 02-4535 |
| GOINS, ET AL. | : | 02-4581 |
| AMBROSI, ET AL. | : | 02-4805 |
| MCCUE | : | 02-4824 |
| ANDERSON, ET AL. | : | 02-4880 |
| BISHOP, ET AL. | : | 02-4915 |
| GATCH, ET AL. | : | 02-4985 |
| FOSSATI, ET AL. | : | 02-5014 |
| GARCIA, ET AL. | : | 02-5053 |
| FOWLER, ET AL. | : | 02-5087 |
| WILKINS, ET AL. | : | 02-5136 |
| WILSON, ET AL. | : | 02-5139 |
| VANDERPOOL, ET AL. | : | 02-5187 |
| YOUNGBLOOD | : | 02-5206 |
| MEADOWS, ET AL. | : | 02-5263 |
| CERVANTES | : | 02-5304 |
| CATES, ET AL. | : | 02-5353 |
| STEWARD | : | 02-5404 |
| RIVERA | : | 02-5437 |
| LEWIS, ET AL. | : | 02-5480 |
| SMITH | : | 02-5520 |
| PENTIMONE, ET AL. | : | 02-5565 |
| HAMILTON, ET AL. | : | 02-5607 |
| MAIER, ET AL. | : | 02-5650 |
| MCKEITHEN | : | 02-5664 |
| PERLMAN | : | 02-5725 |
| LONDBERG, ET AL. | : | 02-5736 |
| MEEGAN | : | 02-5801 |
| JEFFERSON, ET AL. | : | 02-5829 |
| MUZIK | : | 02-5867 |
| KELLY, ET AL. | : | 02-5936 |
| HUNTER | : | 02-5963 |
| ISAAC | : | 02-6016 |
| FAWCETT | : | 02-6068 |
| EKWALL | : | 02-6078 |
| SCHEFFLER, ET AL. | : | 02-6142 |
| TACKETT, ET AL. | : | 02-6145 |
| FORT | : | 02-6200 |
| KOSKI, ET AL. | : | 02-6234 |
| BROWN | : | 02-6273 |

| | | |
|---|---|---|
| MCDANIEL, ET AL. | : | 02-6305 |
| ROYER, ET AL. | : | 02-6349 |
| LEE, ET AL. | : | 02-6377 |
| SAULSBERRY | : | 02-6447 |
| HENLEY | : | 02-6472 |
| DENIEGA, ET AL. | : | 02-6494 |
| TOOMA, ET AL. | : | 02-6541 |
| VS. | : | |
| BAYER CORPORATION, *et al.* | : | |

# O R D E R

**AND NOW,** this _____ day of August, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**CHARLES R. WEINER, Judge**